**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6944

TITO LEMONT KNOX,

              Plaintiff - Appellant,

        v.

RT. GRAHAM, Officer; DEPT. GARNER, JE 0136,

              Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., District
Judge.  (9:07-cv-00283-HMH)

Submitted: October 21, 2008      Decided:  October 28, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tito Lemont Knox, Appellant Pro Se.  Amy Miller Snyder,
CLARKSON, WALSH, RHENEY & TERRELL, PA, Greenville, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Knox v. Graham</u>, No. 9:07-cv-00283-HMH (D.S.C. May 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>